**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LESTER OMAR REYES TORRES,**<br>Petitioner,<br>*v.*<br>**MARKWAYNE MULLIN, et al.,**<br>Respondents. | **CIVIL ACTION**<br><br>**NO. 26-7439-KSM** |

**ORDER**

**AND NOW**, this 27th day of September, 2026, the Court having reviewed the Petition for Writ of Habeas Corpus (Doc. No. 1) and found that it raises substantive issues that have merit, and further, finding that time may be of the essence and justifying action by the Court, it is **ORDERED** that Respondents are **ENJOINED** from taking any action that would result in the removal of Petitioner from the Eastern District of Pennsylvania pending further Order of this Court.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.