**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LESTER OMAR REYES TORRES,**<br><br>Petitioner,<br><br>*v.*<br><br>**MARKWAYNE MULLIN**, *United States Secretary of Homeland Security*, et al.,<br><br>Respondents. | **CIVIL ACTION**<br><br>**NO. 26-7439-KSM** |

**ORDER**

**AND NOW**, this 2nd day of October, 2026, upon consideration of Petitioner Lester Omar Reyes Torres's Petition for Writ of Habeas Corpus (Doc. No. 1) and Respondents' Response in Opposition (Doc. No. 4), it is **ORDERED** that Petitioner shall file a Reply to the Response in Opposition no later than **October 5, 2026**. Respondents may, but are not required to, file a sur-reply; though, any such sur-reply must be filed no later than **October 6, 2026, at 2:30 p.m. EDT**.[1]

**IT IS FURTHER ORDERED** that the Court will hold **ORAL ARGUMENT** on the Petition on **October 7, 2026, at 2:00 p.m. EDT** in **Courtroom 16B** of the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
______________________________
KAREN SPENCER MARSTON, J.

[1] The reply and potential sur-reply shall comply with the page limitations discussed in Section II.B.5 of Judge Marston's Policies and Procedures.