**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LESTER OMAR REYES TORRES,**<br><br>Petitioner,<br><br>*v.*<br><br>**MARKWAYNE MULLIN**, *United States Secretary of Homeland Security*, et al.,<br><br>Respondents. | **CIVIL ACTION**<br><br>**NO. 26-7439-KSM** |

**ORDER**

**AND NOW**, this 7th day of October, 2026, as stated on the record at oral argument on the Petition held today, it is **ORDERED** that Respondents are to produce the body camera footage of the incident in question[1] to the Court and to Petitioner's counsel no later than **4:00 p.m. EDT today, October 7, 2026**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
______________________________
KAREN SPENCER MARSTON, J.

[1] Petitioner was purportedly arrested at 12:06 p.m. on September 23, 2026. (Doc. No. 4-2 at 2.) The I-213 produced by Respondents in response to the Petition states that body worn camera ("BWC") "footage was recorded for this enforcement activity. BWC footage was viewed prior to the completion of this report." (*Id.*)